JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY RAVA, et al., | Case No. CV 20-1335-GW-ASx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| PROVIDENCE HEALTH SYSTEM SOUTHERN CALIFORNIA, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: September 7, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE